ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 DEC -6 P 4: 00

CLERK _____

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| JACKIE BEASLEY, | ) |
| Plaintiff, | ) |
| v. | ) CV 106-067 |
| MATT PHARIS and JEFF JOHNSON, | ) |
| Defendants. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's claims for false arrest and unlawful detention are **DISMISSED** for failure to state a claim upon which relief can be granted.

SO ORDERED this 6th day of December, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE